Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Plaintiff, v. SCOTT'S BRIDGE REALTY Co., INC., and Others, Defendants. FRANCIS M. FALLON, Receiver, Appellant; MOUNT VERNON TRUST COMPANY, Respondent.*— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: " Was the receiver's motion to compel the Mount Vernon Trust Company to pay over the moneys deposited in its hands by the receiver herein properly granted? " Motion by Mount Vernon Trust Company to resettle order denied. Motion for stay pending appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Plaintiff, v. SCOTT'S BRIDGE REALTY Co., INC., and Others, Defendants. FRANCIS M. FALLON, Receiver, Appellant; MOUNT VERNON TRUST COMPANY, Respondent.— Motion by receiver to resettle order of July 22, 1933, granted. Order to be prepared. The order submitted is not in proper form. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [See ante, p. 799.]

EMANUEL FREUND, Appellant, v. THOMAS J. HOGAN, Individually, and as Treasurer of the City of Long Beach, and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

MEYER FRIEDMAN, Respondent, v. SAMUEL MARGULES, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

SUSIE GALANTE, Respondent, v. MICHAEL GALANTE, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

PIETRO GARUCCIO, Respondent, v. JAKE BINDER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GENERAL MOTORS ACCEPTANCE CORPORATION, Respondent, v. GUST KALLAS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

HARRY C. HALLENBECK and ELIZABETH C. HALLENBECK, His Wife, Plaintiffs, v. ANNETTE M. HALLENBECK and Others, Defendants; ISADORA E. MANGLES, Appellant, and CHAMBERLAIN OF THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: " Was the petitioner-appellant entitled in this proceeding to have distribution made by the Chamberlain of the City of New York of the entire sum (with interest) originally deposited to the credit of this action, representing the remainder at the termination of the life estate of Annette M. Hallenbeck? " Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [See ante, p. 780.]

JOHN W. HAVECKER and HENRY HAVECKER, Respondents, v. EDWARD WEISS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to

* Revd., 264 N. Y. 1.